MARY H. STEARNS, Respondent, *v.* SCHENECTADY DAY NURSERY, Appellant.

WALTER M. STEARNS, Respondent, *v.* SCHENECTADY DAY NURSERY, Appellant.

Argued March 16, 1942; decided April 23, 1942.

*Herbert F. Hastings, Jr.,* and *F. G. Mann* for appellant.

*Raymond F. Loucks* for respondents.

Judgments affirmed, with one bill of costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.